CAUSE NO. 2013-2143

FILED
CONNIE WADE
COUNTY CLERK

15 JAN 16 PM 1:34

GREGG COUNTY, TEXAS

_____ DEPUTY

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE COUNTY COURT AT LAW 1** |
| **VS.** | § | **IN AND FOR** |
| **CHRISTIAN SIBLEY** | § | **GREGG COUNTY, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/16/2015 3:53:09 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant in the above entitled and numbered cause, by and through Defendant's Attorney of Record, and shows the Court the following:

I.

The defendant was convicted of the offense of Escape from Custody and sentenced to three hundred thirty (330) days in the County Jail and $400 fine on the 20th day of October, 2014.

II.

That the Defendant properly and timely filed his Motion for a New Trial.

III.

That the Defendant hereby gives written Notice of Appeal from said judgment of conviction and sentence to the County Court at Law One of Gregg County, Texas and to the Court of Appeals for the Sixth Judicial District of Texas at Texarkana, Texas, within 90 days of the date of sentencing.

RESPECTFULLY SUBMITTED,

CLEMENT DUNN
ATTORNEY FOR DEFENDANT
140 E. TYLER STREET, SUITE 240
LONGVIEW, TX 75601
903-753-7071 FAX 903-753-8783
STATE BAR # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Gregg County District Attorney's Office, Gregg County Courthouse, Longview, TX.

Date: _____1-15-15_____

_____
Attorney for Defendant

## CERTIFICATE OF APPELLATE COUNSEL

I hereby certify that the foregoing document was filed electronically in the Court of Appeals, Sixth District of Texas on this _15th_ day of _January_, 2015.

_____
Attorney for Defendant

FILED
ONNIE WAD
OUNTY CLERK

CAUSE NO. 2013-2143

2015 JAN 16 PM 3: 34
GREGG COUNTY, TEXAS
BY
DEPUTY

**THE STATE OF TEXAS**

**VS.**

**CHRISTIAN SIBLEY**

§ IN THE COUNTY COURT AT LAW 1

§ IN AND FOR

§ GREGG COUNTY, TEXAS

**O R D E R**

BE IT REMEMBERED, that on the _16_ day of _Jan_, 20_15_, came on to be considered the above and foregoing Written Notice of Appeal. After consideration of the same, it is the opinion of the Court that Defendant's Notice of Appeal be:

( ✓ ) GRANTED.

( ) DENIED, to which ruling the Defendant excepts.

( ) SET FOR HEARING ON THE _____ day of _____, 20__, at _____ o'clock ____.

SIGNED:

_____
JUDGE PRESIDING